[No. 23018-6-II.    Division Two.    May 14, 1999.]

*In the Matter of the Detenion of* LEO F. NICHOLAS,
*Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 97-2-09012-7, Bryan E. Chushcoff, J., entered February 13, 1998. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Armstrong, A.C.J., and Houghton, J.


[No. 23135-2-II.    Division Two.    May 14, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. VYTAUTAS
LEONAVICHUS, *Appellant.*

Appeal from a judgment of the Superior Court for Clark County, No. 97-8-00713-1, Ronald Wilkinson, J. Pro Tem., entered March 19, 1998. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Armstrong, A.C.J., and Morgan, J.


[No. 38609-3-I.    Division One.    May 17, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. MIGUEL ANGEL
GAMEZ, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 95-1-08048-7, Donald D. Haley, J., entered May 13, 1996. *Affirmed* by unpublished opinion per Kennedy, C.J., concurred in by Baker and Becker, JJ.


[No. 41444-5-I.    Division One.    May 17, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL
KILCOURSE, *Appellant.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 95-1-00482-5, David A. Nichols, J., entered September 5, 1997. *Affirmed* by unpublished opinion per Webster, J., concurred in by Baker and Cox, JJ.